| Date | Pleading Number | |
|---|---|---|
| 4/22/74 | 1. | MOTION -- plaintiffs Rodney Savoy, et al., (S.D. Texas) for consolidation under Section 1407 in a single district. With supporting brief and complaints attached as exhibits. NO SPECIFIED TRANSFEREE FORUM |
| 4/21/74 | 2 | MISSOURI PACIFIC TRUCK LINES response to motion w/cert. of service |
| 5/3/74 | 3 | MISSOURI PACIFIC TRUCK LINES ltr supplementing response of 4/21/74 |
| 5/3/74 | 4 | Movant's appendix to motion. |
| 5/6/74 | 5 | Teamsters, Freight, Tank Line & Automobile Industry Employees, Local No. 988 response to motion |
| 5/6/74 | 6 | Southern Conference of Teamsters response to motion w/ cert. of service |
| 5/7/74 | 7. | EXTENSION OF TIME requested by Trucking Employers, Inc. |
| 5/7/74 | 8. | EXTENSION OF TIME requested by Arkansas-Best Freight System, Inc., Mason & Dixon Lines, Inc, Pacific Intermountain Express Branch Motor Express & Smith's Transfer Corp. |
| 5/8/74 | 9 | UNITED STATES GOVERNMENT response and brief w/cert. of service |
| 5/9/74 | 10. | EXTENSION OF TIME requested by Inter'l Brotherhood of Teamsters, etc. |
| 5/9/74 | | ORDER -- Extending to all parties to May 31, 1974 to file and serve response to the motion. Notified counsel |
| 5/8/74 | | Movant's amended certificate of service. |
| 5/20/74 | | United States Government amended certificate of service |
| 5/20/74 | | Missouri Pacific Truck Lines supplemental certificate of service (attached to response no. 2) |
| 5/28/74 | | SOUTHERN CONFERENCE OF TEAMSTERS amended certificate of service |
| 5/28/74 | | TEAMSTERS, FREIGHT, TANK LINE & AUTO. INDUSTRY EMPLOYEES amended certificate of service |
| 5/30/74 | 11 | WESTERN CONFERENCE OF TEAMSTERS response to motion w/cert. of service |
| 5/30/74 | 12 | Plaintiff Rodney Savoy, et al. reply brief w/cert. of service |
| 5/31/74 | 13 | INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS response to motion w/cert. of service |
| 5/31/74 | 14 | PACIFIC INTERMOUNTAIN EXPRESS, CALIF. MOTOR EXPRESS LTD., UNIVERSAL TRANSPORT SYSTEMS AND CLAIF TRUCKING ASSN. response to motion w/ cert of service |
| 5/31/74 | 15 | CONSOLIDATED FREIGHTWAYS CORP. response and brief to motion w/cert. of service |
| 5/31/74 | 16 | GARRETT FREIGHTLINERS RESPONSE and BRIEF to motion w/cert. of service |
| 5/31/74 | 17 | RESPONSE & BRIEF -- Alpha Beta Company in Opposition to Motion w/affidavit of VP of Company and Certificate of Service. |
| 5/31/74 | 18 | RESPONSE -- Pacific Intermountain Express Co., Inc. w/ certicicate of service |
| 5/31/74 | 19 | Response--- Trucking Employers, Inc., (w/brief included) and certificate of service |
| 5/31/74 | 20 | RESPONSE -- Arkansas-Best Freight Systems, Inc., IML Freight, Inc., & The Mason and Dixon Lines, Inc. (w/brief) and certificate of service |
| 6/3/74 | 21 | RESPONSE -- Branch Motor Express (Opposition w/ Memorandum in Support of Opposition and certificate of service. |
| 6/3/74 | 22 | RESPONSE -- Smith's Transfer Corp. (Opposition w/Memorandum in Support) and certificate of service. |
| 6/3/74 | 23 | RESPONSE -- International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America (IBT) and the National Over-The-Road and City Cartage Policy and Negotiating Committee (National Negotiating Committee)and attached Opposition to Motion w/ certificate of service |
| 6/3/74 | 24 | RESPONSE & BRIEF -- plaintiffs Jones, et al. (N.D.Cal., No. C-73-2296) w/complaint as exhibit and certificate of service. |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 6/3/74 | ~~Jones plaintiff response to motion w/brief and cert. of service~~ | |
| 6/3/74 | HEARING ORDER, Setting A-1, A-2 and A-3, for hearing June 28, 1974 San Francisco, Calif. | |
| 6/7/74 | 25 TEAMSTERS LOCAL 70 response to motion w/cert. of service | |
| 6/7/74 | 26 PACIFIC INTERMOUNTAIN EXPRESS, CALIFORNIA MOTOR EXPRESS UNIVERSAL TRANSPORT SYSTEM, INC., CALIFORNIA TRUCKING ASSOCIATION Motion and brief to strike Response No. 23 and 24 of plaintiff Jones, et al. | |
| 6/12/74 | 27 JOINT COUNCIL OF TEAMSTERS NO. 7, INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCALS NOS. 287, 315 and 468 response to motion | |
| 6/12/74 | ORDER -- DENYING PACIFIC INTERMOUNTAIN EXPRESS, CALIFORNIA MOTOR EXPRESS UNIVERSAL TRANSPORT SYSTEM INC., AND CALIF TRUCKING ASSN. motion to strike -- Notified counsel. | |
| 6/28/74 | 28 Letter to William B. Gould from J. Stanley Pottinger re U. S. v. Trucking Employers, D.D.C., 74-453 FILED IN OPEN COURT | |
| 6/28/74 | 29 FILED IN OPEN COURT -- Order of Judge Schnacke, N.D.Cal, C-73-2296 on motion of certain defendants to dismiss counts one and two of complaint. Ordered plaintiffs to supplement counts one and two of complaint and stayed further proceedings | |
| 6/28/74 | 30 FILED IN OPEN COURT -- AFFIDAVIT in support of Plaintiffs Jones Motion to consolidated and transfer pursuant to 28 U.S.C. §1407 | |
| | ~~SHELLEY~~ | |
| 7/8/74 | (31) LEON JONES supplemental letter response to oral argument. | |
| 7/9/74 | 32 CONSOLIDATED FREIGHTWAYS CORP. OF DELAWARE letter response supplementing supplemental response No. 31. | |
| 7/10/74 | 33 CALIF. TRUCKING ASSN: CALIF MOTOR EXPRESS, LTD. UNIVERSAL TRANSPORT SYSTEMS, INC. letter supplementing hearing arguments. | |
| 7/15/74 | 34 PLAINTIFF JONES SUPPLEMENTAL TO COMPLAINT W/cert. of service | |
| 7/22/74 | 35 PLAINTIFF JONES letter supplementing oral argument | |
| 7/31/74 | 36 PLAINTIFF JONES -- Order of Judge Schnacke and copy of Amended complaint w/cert. of service | |
| 9/16/74 | 37 LETTER FROM WM. GOULD, w/stipulation and cert. of service. | |
| | ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ | |
| 10/4/74 | 38 LETTER FROM WM. GOULD w/order of J. Bryant of Sep. 26, 1974 | |
| 11/8/74 | OPINION AND ORDER DENYING TRANSFER OF LITIGATION. | |

## Description of Litigation

### IN RE TRUCKING INDUSTRY EMPLOYMENT PRACTICES LITIGATION

(Class Action)

#### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s)  11/8/74

Consolidation Ordered ____    Name of Transferee Judge _____

Consolidation Denied  xxx    Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Rodney Savoy, et al. v. Missouri Pacific Truck Lines, Inc., et al. | S.D.Texas Noel | 73-H-1170 | | | | |
| A-2 | Leon Jones, et al. v. Pacific Intermountain Express, et al. | N.D.Cal. RHS | C-73-2296 | | | | |
| A-3 | United States of America v. Trucking Employers, Inc., et al. | D. D.C. Bryant | 74-453 | | | | |
| B-1 | David Yancy v. East Texas Motor Freight Lines, Inc., et al. | E.D.Ark | LR 73C35 | | | | Not before the Panel |
| B-2 | Dennis Johnson, et al. v. Strickland Transportation Co., et al. | E.D.Ark | LR 74C135 | | | | Not before the Panel |
| B-3 | James Stevens, etal v. Universal Transport Systems, et al. | N.D.CAL. ACW | C-74-1834 | | | | Not before the Panel |

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 175 -- IN RE TRUCKING INDUSTRY EMPLOYMENT PRACTICES LITIGATION

| Plaintiff | Defendant |
|---|---|
| RODNEY SAVOY, ET AL. (A-1)<br>Clarke Gable Ward, Esquire<br>2100 First National Life Bldg.<br>806 Main St., Suite 2100<br>Houston, Texas  77002 | SMITH'S TRANSFER CORP.<br>Harry A. Rissetto, Esquire<br>Morgan, Lewis & Bockius<br>1140 Connecticut Ave., N.W.<br>Washington, D.C.  20036 |
| LEON JONES, ET AL. (A-2)<br>William B. Gould, Esquire<br>Stanford Law School<br>Stanford, California  94305 | TRUCKING EMPLOYERS, INC.<br>ARKANSAS-BEST FREIGHT SYSTEM, INC.<br>IML FREIGHT, INC.<br>THE MASON & DIXON LINES, INC.<br>PACIFIC INTERMOUNTAIN EXPRESS CO.<br>Raymond F. Beagle, Jr., Esquire<br>Gage, Tucker, Hodges, Kreamer, Kelly<br>  & Varner<br>1000 Bryant Building<br>1102 Grand Avenue<br>Kansas City, Missouri  64106 |
| UNITED STATES OF AMERICA (A-3)<br>David L. Rose, Esquire<br>Civil Rights Division<br>U. S. Department of Justice<br>Washington, D. C.  20530 | CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE<br>Ralph C. Alldredge, Esquire<br>Morrison, Foerster, Holloday, Clinton<br>  & Clark<br>One Crocker Plaza, One Post Street<br>San Francisco, California  94104 |
| MISSOURI PACIFIC TRUCK LINES<br>James Pope Simpson, Esquire<br>505 North Industrial Blvd.<br>Dallas, Texas  75207 | |
| TEAMSTERS FREIGHT, TANK LINE AND AUTOMOBILE INDUSTRY EMPLOYEES, LOCAL UNION NO. 988<br>James P. Wolf, Esquire<br>Dixie, Wolf & Hall<br>Suite 401, 609 Fannin Street<br>Houston, Texas  77002 | ALPHA BETA COMPANY<br>William B. Irvin, Esquire<br>McLaughlin and Irvin<br>606 S. Olive St., Suite 1110<br>Los Angeles, California  90014 |
| SOUTHERN CONFERENCE OF TEAMSTERS<br>Hal K. Gillespie, Esquire<br>Mullinax, Wells, Mauzy, Babb, Inc.<br>8204 Elmbrook Ave., Suite 200<br>Dallas, Texas  75247 | INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA<br>NATIONAL OVER-THE-ROAD AND CITY CARTAGE POLICY & NEGOTIATING COMMITTEE<br>David Previant, Esquire<br>25 Louisiana Avenue, N.W.<br>Washington, D.C.  20001 |

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| BRANCH MOTOR EXPRESS<br>James A. Matthews, Jr., Esquire<br>Morgan, Lewis & Bockius<br>123 S. Broad Street<br>Philadelphia, Pennsylvania  19109 | GARRETT FREIGHT LINES<br>Harry Keaton, Esquire<br>Jay Nicholas Counter, Esquire<br>Mitchell, Silberberg & Knapp<br>1800 Century Park East<br>Los Angeles, California |
| LOCAL 1546, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS<br>INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS<br>Michael J. Shelley, Esquire<br>Rose, Klein & Marias<br>Suite 850, Roosevelt Building<br>727 West 7th Street<br>Los Angeles, California  90017 | CALIFORNIA TRUCKING ASSOCIATION<br>CALIFORNIA MOTOR EXPRESS, LTD.<br>UNIVERSAL TRANSPORT SYSTEM, INC.<br>Wesley J. Fastiff, Esquire<br>Littler, Mendelson & Fastiff<br>650 California St. (Hartford Bldg.)<br>San Francisco, California  94108 |
| JOINT COUNCIL OF TEAMSTERS NO. 7<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION NO. 287, LOCAL UNION NO. 468, LOCAL UNION NO. 315<br>Duane Beeson, Esquire<br>Brundage, Neyhart, Grodin & Beeson<br>100 Bush Street<br>San Francisco, California | INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL NO. 70<br>~~Victor J. Van Bourg, Esquire~~<br>Levy, Van Bourg & Hackler<br>45 Polk Street<br>San Francisco, California  94102 |
| WESTERN CONFERENCE OF TEAMSTERS<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA<br>Julius Reich, Esquire<br>1625 West Olympic Boulevard<br>Los Angeles, California  90015 | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA<br>Robert J. Higgins, Esquire<br>Dickstein, Shapiro & Morin<br>1735 New York Avenue, N.W.<br>Washington, D.C.  20006 | |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 175 -- IN RE TRUCKING INDUSTRY EMPLOYMENT PRACTICES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Missouri Pacific Truck Lines, Inc. | A-1 |
| International Brotherhood of Teamsters | A-1; A-2; A-3 |
| Freight and Tank Line Employees Local Union #988 | A-1 |
| Southern Conference of Teamsters | A-1 |
| ~~International Brotherhood of Teamsters~~ | ~~A-1~~ |
| Pacific Intermountain Express | A-2; A-3 |
| Consolidated Freightways | A-2; A-3 |
| Garrett Freight Lines | A-2 |
| California Motor Express, Ltd. | A-2 |
| Universal Transport System, Inc. | A-2 |

p. _____

| | |
|---|---|
| Alpha Beta Co. | a.2 |
| California Trucking Assn. | a.2 |
| Trucking Employers, Inc. | a.2; a.3 |
| International Brotherhood of Teamsters, | a.2 |
| IBT Locals 287, 70, 468, 315 | a.2 |
| Western Conference of Teamsters | a.2 |
| Joint Council of Teamsters No. 7 | a.2 |
| National Over-The-Road and City Cartage Policy and Negotiating Committee of the IBT | a.2; a.3 |
| Local 1546 of the International Association of Machinists & Aerospace Workers | a.2; a.3 |
| Arkansas - Best Freight System, Inc. | a.3 |
| Branch Motor Express Co. | a.3 |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __175__ -- IN RE TRUCKING INDUSTRY EMPLOYMENT PRACTICES LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| I.M.L. Freight, Inc. | A-3 |
| The Mason and Dixon Lines, Inc. | A-3 |
| Smith's Transfer Corp. | A-3 |
| | |
| | |
| | |
| | |
| | |
| | |

DOCKET NO. __175__ -- IN RE TRUCKING INDUSTRY EMPLOYMENT PRACTICES LITIGATION